UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT G. PULLEY,<br><br>        Petitioner,<br><br>v.<br><br>DANIEL PARAMO, Warden; and KAMALA D. HARRIS, Attorney General,<br><br>        Respondents. | Case No.: 14-CV-2034 JLS (MDD)<br><br>**ORDER DENYING PETITIONER'S MOTION TO REOPEN PROCEEDINGS**<br><br>(ECF No. 71) |

  This closed federal habeas corpus action was filed under 28 U.S.C. § 2254 by pro se state prisoner Robert G. Pulley. The Court denied the Petition and entered judgment in favor of Respondents on November 14, 2016. ECF Nos. 54, 55. Petitioner filed multiple appeals in this matter, *see* ECF Nos. 56, 57, 63, all of which were denied or dismissed as duplicative, *see* ECF Nos. 61, 65, 66. Petitioner filed a post-judgment motion on June 2, 2021, ECF No. 68, which the Court construed as a second or successive habeas petition and subsequently denied (the "Order"), ECF No. 69. The present Motion, which Petitioner titled "Motion to Reopen Proceedings," followed. ECF No. 71.

  The present Motion repeats the same arguments previously rejected by the Court as a second or successive petition under 28 U.S.C. § 2244(b)(3)(A). *Compare* ECF No. 68 at 23–24 ("[T]he district court fail[ed] to properly address and properly consider . . . new

ineffective assistance of counsel claims containing newly presented exculpatory evidence counsel withheld from the jury[.]"), *with* ECF No. 71 at 14–15 ("[T]he district court fail[ed] to properly address and properly consider . . . new ineffective assistance of counsel claims containing newly presented exculpatory evidence counsel withheld from the jury[.]").  For the reasons articulated in the Order, the Court finds this Motion is also a second or successive petition.  *See* ECF No. 69.  For those reasons stated in the Order, Petitioner's Motion is **DENIED**, and this second or successive petition is **DISMISSED**.

A certificate of appealability will not issue.  Petitioner has not shown "that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling."  *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).  The judgment and the order dismissing the Petition remain in effect.  This case remains closed.

**IT IS SO ORDERED.**

Dated:  April 5, 2022

Hon. Janis L. Sammartino
United States District Judge